# United States Court of Appeals
# for the Fifth Circuit

———————

No. 23-11073
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
July 2, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Harold Godbolt,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CR-190-1

———————————————————

Before Smith, Higginson, and Engelhardt, *Circuit Judges*.
Per Curiam:[*]

The Federal Public Defender appointed to represent Harold Godbolt has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Godbolt has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-11073

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Godbolt's request to strike counsel's *Anders* brief and for an extension of time to file a pro se brief is DENIED as untimely because it was filed after counsel filed an *Anders* brief. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).